RANDALL J. BYNUM v. MAYOR AND TOWNSHIP COMMITTEE OF THE TOWNSHIP OF WINSLOW.

March 30, 1982.

Petition for certification denied. (See 181 *N.J.Super.* 2)

ALVIN, E. CLAYTON v. BYRON KOTZAS.

March 30, 1982.

Petition for certification denied.

ALICE STARKS v. HOSPITAL SERVICE PLAN OF NEW JERSEY, INC. AND MEDICAL-SURGICAL PLAN OF NEW JERSEY.

March 30, 1982.

Petitions for certification granted. (See 182 *N.J.Super.* 342)

WILLIAM WOLF v. MAYOR AND BOROUGH COUNCIL OF THE BOROUGH OF SHREWSBURY.

March 30, 1982.

Petitions for certification denied. (See 182 *N.J.Super.* 289)